ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2022 NOV -9 PM 12: 30

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| DANNY PAUL DITTOE (01) <br> JUSTIN MICHAEL FLORENCE (02) <br> a/k/a "Trip" <br> JACQUES ELLIOTT GILBERT (03) <br> a/k/a "Lancaster Boi"; "Plug"; "Stinky" <br> MARCEL MALLORY (04) <br> JOSE MENDEZ-MENDOZA (05) <br> a/k/a/ "Webo" <br> SAMANTHA MENDOZA (06) <br> DALE WADE ROMINE JR. (07) <br> a/k/a "Scooter" <br> MATTHEW SANDERS (08) | 4-22CR-333-O |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before December 2021, and continuing until in and around August 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Danny Paul Dittoe**, **Justin Michael Florence**, also known as Trip, **Jacques Elliott Gilbert**, also known as Lancaster Boi, Plug and Stinky, **Marcel Mallory**, **Jose Mendez-Mendoza**, also known as Webo, **Samantha Mendoza**, **Dale Wade Romine Jr.**, also known as Scooter, and **Matthew Sanders**, along with others known and unknown,

did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DANNY PAUL DITTOE (01)
JUSTIN MICHAEL FLORENCE (02)
a/k/a "Trip"
JACQUES ELLIOTT GILBERT (03)
a/k/a "Lancaster Boi," "Plug," "Stinky"
MARCEL MALLORY (04)
JOSE MENDEZ-MENDOZA (05)
a/k/a "Webo"
SAMANTHA MENDOZA (06)
DALE WADE ROMINE, JR. (07)
a/k/a "Scooter"
MATTHEW SANDERS (08)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. § 841 (a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

A true bill rendered

FORT WORTH                                    _____ FOREPERSON

Filed in open court this 9th day of November, 2022.

**Warrants to Issue – In State Custody (01), (02), (03), (05), (06) and (08)**
**Warrant to Issue - (07)**
**Defendant Mallory (04) in Federal Custody since October 3, 2022.**

------

*Hal R. Ray, Jr.*
UNITED STATES MAGISTRATE JUDGE
4:22-MJ-705-BJ