United States District Court
for the **Northern District of Texas**

United States of America,
*Plaintiff*,

v.

**Samantha Mendez**
*Defendant*.

Place of Confinement: **FMC Carswell**

Federal Register Number: **34716-510**

Criminal Case Number: **4:22-CR-00333-O(06)**

FILED
APR - 5 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

### Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:

____ Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

✓ Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

---

### Instructions - Read Carefully

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

Page 1 of 5

3.  Completed motions must be mailed to the Clerk of the United States District Court for the ·  . at the appropriate divisional office below:

4.  Questionnaires that do not follow these instructions will be returned. and the mistake will be identified.

### Questionnaire

1.  Name and location of court that entered the sentence that you are asking to reduce:

    Eldon B Mahon United States Court house 501 W 10th St Room 310 Ft Worth TX 76102

2.  Date(s) of sentence and judgment of conviction:

    4-28-2023   135 months

3.  Are you currently in prison for this sentence?

    ✓ Yes  ____ No

4.  If so, when is your projected date of release?  5-15-2032

5.  Are you currently on supervised release?  ____ Yes  ✓ No

6.  Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

    ____ Yes  ✓ No

Page 2 of 5

7. Is your case currently on appeal? _____ Yes __✓__ No

8. Offense(s) for which you were convicted (all counts):

   21: 846 (21: 841 (A)(1) and (B)(1)(C) Conspiracy to possess with intent to distribute a controlled substance

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   __✓__ Yes _____ No _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☐ none of the statements above applies to my case.

10. If the answer to Question 9 is "Yes," were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

   ✓ Yes   ____ No   ____ Not Sure

11. If the answer to Question 10 is "Yes," how many criminal history points were assessed in total, including the "status points"?

   7
   0  Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

   ____ Yes   ____ No   ✓ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

   Life Science, Billiards, Drug Abuse Education Course, Crochet, Biggest Loser, Plastic Canvas, Assert Yourself, Sunrise Yoga, Understanding Your Feelings: Shame and Low Self-esteem, K2 Awareness Program. On waiting List for Women's Career Exploration, Family Programing Series, Women's Basic Financial Literacy, Resolve and Non Residential R-Dap.

Page 4 of 5

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this __April 1__, 20__24__

_____
Signature of Defendant

__Samantha Mendoza__
Printed Name

__34716-510__
BOP No.

__FMC Carswell__
Federal Correctional Institution (if applicable)

__P.O. Box 27137__
Address

__Ft. Worth, TX 76127__
City, State & Zip Code



Samantha Mendoza
34726610
FMC Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
2 APR 2024 PM 6 L

34716-510
Eldon B Mahon Us Court Hous
501 W 10TH ST.
FORT Worth, TX 76102
United States

76102-986799

APR 2024